```
                                        2010 APR -7 PM 2:17
                                          FILED
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR 10-**SA CR 10-0071** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1512(b)(3): Obstruction of Justice] |
| VICTOR VURPILLAT, III, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1512(b)(3)]

From on or about January 12, 2009 and continuing through on or about October 22, 2009, in Orange County, within the Central District of California, defendant VICTOR VURPILLAT, III knowingly engaged in misleading conduct toward another person, namely, G.C., with intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of

\\
\\

a Federal offense and a violation of conditions of release pending judicial proceedings.

                                          A TRUE BILL

                                          _____/S/_____
                                          Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

[signature]

DOUGLAS F. McCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office

ANNE C. GANNON
Assistant United States Attorney