ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANNE C. GANNON (Cal. State Bar # 214198)
Assistant United States Attorney
    Ronald Reagan Federal Bldg. & U.S. District Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana, CA 92701
    Telephone:  (714) 338-3548
    Facsimile:  (714) 338-3561
    anne.gannon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. SA CR 10-71-CJC |
| | ) |
|     Plaintiff, | ) <u>GOVERNMENT'S SENTENCING POSITION</u> |
| | ) |
|     v. | ) Date:    September 27, 2010 |
| | ) Time:    8:00 a.m. |
| VICTOR VURPILLAT III, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

    Plaintiff United States of America, by and through its counsel of record, Anne C. Gannon, having received and reviewed the Presentence Investigation Report for Victor Vurpillat III in the above matter submits the government's sentencing position.

Dated: September 15, 2010    Respectfully submitted,

                                      ANDRÉ BIROTTE JR.
                                      United States Attorney

                                      DENNISE D. WILLETT
                                      Assistant United States Attorney
                                      Chief, Santa Ana Branch Office

                                      ____/s/_____
                                      ANNE C. GANNON
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff
                                      United States of America

**MEMORANDUM OF POINTS AND AUTHORITIES**

On July 21, 2010, defendant Victor Vurpillat III ("defendant") pleaded guilty, pursuant to a plea agreement, to the single count indictment charging him with obstruction of justice, in violation of Title 18, United States Code, Section 1512(b)(3).  (PSR ¶¶ 1-2)[1].

In the Presentence Investigation Report, the Probation Office concluded that, pursuant to the United States Sentencing Guidelines ("U.S.S.G."), defendant's total offense level is 12. This calculation was based on the following guideline factors - - a base offense level of 14 and a two-level reduction for acceptance of responsibility.  (PSR ¶¶ 17-27).  The PSR reflects that defendant's criminal history category is II.  (PSR ¶ 33-36). Thus, the corresponding sentencing range is 12-18 months imprisonment.

The United States Attorney's Office ("USAO") has no objection to the calculation of the offense level or defendant's criminal history category.  The USAO requests that the Court impose a sentence of 12 months and one day imprisonment, the low-end of the guideline range.  This sentence is reasonable both under the Sentencing Guidelines and the factors to be considered in imposing sentencing, 18 U.S.C. § 3553(a).

\\
\\
\\

---

[1] "PSR" refers to the Pre-Sentence Report prepared by the United States Probation Office.

Accordingly, the government requests that the Court order that defendant be:

(1) sentenced to 12 months and one day imprisonment to be served consecutive to the undischarged term of imprisonment imposed in case number SA CR 09-22-CJC;

(2) ordered to pay restitution in the total amount of $150,000, as set forth in the PSR;

(3) placed on supervised release for a term of 3 years under the terms and conditions recommended by the Probation office to run concurrent to the supervised release term imposed in case number SA CR 09-22-CJC; and

(4) ordered to pay a $100 special assessment.